UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   RUDOLPH GLOVER )
   BRITTNEY GLOVER ) CASE NO. 16-31682-DHW-13
      Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes STERLING JEWELERS, INC. dba J.B. ROBINSON JEWELERS, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. This creditor has filed a claim in the amount of $4,630.75 which is secured by VARIOUS ITEMS OF JEWELRY all purchased within 365 days of the date of filing.

2. The plan fails to provide for the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5).

WHEREFORE, STERLING JEWELERS, INC. dba J.B. ROBINSON JEWELERS, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                STERLING JEWELERS, INC.
                dba J.B. ROBINSON JEWELERS

                By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

Case 16-31682   Doc 17   Filed 07/27/16   Entered 07/27/16 15:46:44   Desc Main
Document   Page 1 of 2

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this July 27, 2016.

CURTIS C. REDING
Chapter 13 Trustee
P.O. BOX 173
MONTGOMERY AL 36101

RICHARD D SHINBAUM
SHINBAUM & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

RUDOLPH GLOVER
BRITTNEY GLOVER
1643 BUENA VISTA BLVD
PRATTVILLE AL 36067

                                             /s/ Leonard N. Math