IN THE UNITED STATES BANKRUPTCY COURT FOR
MIDDLE DISTRICT OF ALABAMA

IN RE: *
 *
RUDOLPH GLOVER and * CHAPTER 13
BRITTNEY GLOVER, * CASE NUMBER, 16-31682
  DEBTORS. *

## OBJECTION TO CONFIRMATION

Comes now Springleaf Financial Services, by and through it's Attorney, and objects to Confirmation of the debtor's proposed Chapter 13 plan and as grounds therefore states as follows:

1. The debtor has valued Springleaf Financial Services' collateral in such a manner as to violate Section 506(a).

2. Springleaf Financial Services requests that the replacement value be set at $8,150.00.

**WHEREFORE, PREMISES CONSIDERED**, Springleaf Financial Services respectfully requests that Confirmation of the above referenced debtor's Chapter 13 plan be denied.

/s/ *Michael A. Harrison*
Michael A. Harrison
Attorney at Law

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing instrument was served on the following electronically CM/ECF this 6th day of September, 2016.

/s/ *Michael A. Harrison*
Michael A. Harrison

Richard D. Shinbaum
Shinbaum & Campbell
rshinbaum@smclegal.com

Sabrina L. McKinney
trustees_office@ch13mdal.com